UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBIN RUGGIERO and ANDREW RUGGIERO, | HONORABLE ANNE E. THOMPSON |
| Plaintiffs, | Civil Action No. 10-459 |
| v. | |
| UNITED STATES OF AMERICA, OCEAN HEALTH INITIATIVES, INC. and DR. KALA SHANKAR | **ORDER** |
|  | Document Electronically Filed |
| Defendants. | |

The Court, having reviewed Defendants' Notice of Substitution, the Certification of Scope of Employment of Ocean Health Initiatives, Inc. and the Certification of Scope of Employment of Dr. Kala Shankar, and for good cause shown,

IT IS ORDERED that based on the executed Certifications of Scope of Employment and pursuant to the provisions of 28 U.S.C. § 2679(d)(1), the United States shall be and hereby is substituted for defendants Ocean Health Initiatives, Inc. and Dr. Kala Shankar; and it is further

ORDERED that defendants Ocean Health Initiatives and Dr. Kala Shankar shall be terminated as defendants in this matter; and it is further

ORDERED that the clerk of the Court shall change the caption of this case to read as follows:

|  |  |
|---|---|
| ROBIN RUGGIERO and<br>ANDREW RUGGIERO,<br><br>            Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action No. 10-459 |

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　 ANNE E. THOMPSON
　　　　　　　　　　　　　　　　　　　 United States District Judge

Dated: 6/15/10